IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHERRY A. MICHAEL,<br>　　Plaintiff,<br><br>v.<br><br>WINDSOR GARDENS, LLC, d/b/a<br>WINDSOR GARDENS ASSISTED<br>LIVING, D. BRIAN BARTLEY, and<br>WINDSOR MANAGEMENT CORP.,<br>　　Defendants. | 3:02-cv-321<br><br>Phillips |

## MEMORANDUM AND ORDER

On September 8, 2005, the court was informed by plaintiff's counsel that this matter had been settled in mediation and that an agreed order of dismissal would be forthcoming. Accordingly, the court finds that this case should be **ADMINISTRATIVELY CLOSED** for statistical purposes. **This does not represent a final adjudication but is an administrative convenience for the court.** Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, the parties may initiate such in the same manner as if this order had not been entered. **All currently pending motions are DENIED AS MOOT.**

　　　　　　　　　　**ENTER:**

　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**