## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| SHERRY A. MICHAEL,<br>Plaintiff<br><br>vs.<br><br>WINDSOR GARDENS, LLC, d/b/a<br>WINDSOR GARDENS ASSISTED<br>LIVING, D. BRIAN BARTLEY, and<br>WINDSOR MANAGEMENT CORP.,<br>Defendants. | Civil Action No.: 3:02-CV-321<br><br>(Judges Phillips / Guyton) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties having announced to the Court by virtue of the signatures of their respective counsel set forth below that all matters and claims in contention in this matter have been settled to their mutual satisfaction, it is hereby

ORDERED, ADJUDGED and DECREED that this matter is hereby DISMISSED WITH PREJUDICE as to all parties.

ENTER this ____ day of ~~October~~ NOVEMBER, 2005.

_____
THOMAS W. PHILIPS,
U.S. District Judge

APPROVED FOR ENTRY:

_____   _____
Dale J. Montpelier, BPR No. 17125   Gary W. Wright, BPR No. 5720

MONTPELIER & YOUNG, P.A.   WIMBERLY, LAWSON, SEALE, WRIGHT & DAVES, PLLC
321 Ebenezer Road   550 Main Avenue, Suite 900
Knoxville, Tennessee 37923   Knoxville, Tennessee 37902
Telephone (865) 673-0330   Telephone (865) 546-1000
Attorneys for Plaintiff   Attorneys for Defendants